UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-20341-CIV-MARTINEZ

LENIN FELIZ,

    Plaintiff,

v.

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

    Defendant.
_____/

### ORDER STAYING CASE

**THIS CAUSE** came before the Court upon Defendant's Unopposed Motion to Stay Pending *En Banc* Review by the Eleventh Circuit in *Hunstein v. Preferred Collection & Management Services, Inc.* ("Motion to Stay"). (ECF No. 3). Plaintiff brings a claim under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692c(b). The question as to whether claimants have Article III standing to bring a claim under section 1692c(b), however, is pending before the Eleventh Circuit's en banc rehearing in *Hunstein*. Accordingly, after careful consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    Defendant's Motion to Stay, (ECF No. 3), is **GRANTED**.

    2.    This case is **STAYED** pending the Eleventh Circuit's opinion after rehearing en banc of *Hunstein v. Preferred Collection & Mgmt. Servs., Inc.*, 17 F.4th 1016 (11th Cir. 2021).

    3.    The Parties shall file a joint status report **within seven days** of the issuance of an opinion in *Hunstein*.

    4.    This case is **CLOSED for administrative purposes**. This shall not affect the substantive rights of the parties.

    DONE and ORDERED in Chambers at Miami, Florida this 10th day of February 2022.

                                                                    JOSE E. MARTINEZ
                                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record